BLANK ROME, LLP
Attorneys for Plaintiff
CARGILL INTERNATIONAL S.A.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARGILL INTERNATIONAL S.A.,<br><br>    Plaintiff,<br><br>    -against-<br><br>WORLDLINK SHIPPING LTD.,<br><br>    Defendant. | 07 Civ.<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff CARGILL INTERNATIONAL S.A. certifies that, according to information provided to counsel by its clients, CARGILL INTERNATIONAL S.A. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           December 17, 2007

                                      BLANK ROME, LLP
                                      Attorneys for Plaintiff
                                      CARGILL INTERNATIONAL S.A.

                                      By _____
                                        Jack A. Greenbaum (JG 0039)
                                      The Chrysler Building
                                      405 Lexington Ave.
                                      New York, NY 10174-0208
                                      (212) 885-5000

311817.1
900200.00001/6599055v.1                    1