USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

RECEIVED
JAN 11 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

BLANK ROME, LLP
Attorneys for Plaintiff
CARGILL INTERNATIONAL S.A.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARGILL INTERNATIONAL, S.A.,

    Plaintiff,

-against-

WORLDLINK SHIPPING LTD.,

    Defendant.

07cv11302(HB)
~~07 Civ. 11032~~ (HB)

**EX PARTE CONSENT ORDER DISCONTINUING AND VACATING ORDER OF MARITIME ATTACHMENT AND GARNISHMENT**

---

On Motion of plaintiff, CARGILL INTERNATIONAL S.A., by its attorneys Blank Rome LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and defendant not having entered an appearance, it is

ORDERED that this action is hereby dismissed and the Order of Maritime Attachment and Garnishment entered herein ("Order") is vacated. All Garnishee(s) holding funds pursuant to the Order are directed to release said funds

Dated: New York, New York
       January 15, 2008

/s/ Harold Baer
HON. HAROLD BAER
United States District Judge

128871.00601/6604964v.1